**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BOBBY ALEXANDER, | ) | Case No. 2:17-cv-00139-APG-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than April 10, 2017, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

DATED: April 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge