# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-00139-APG-NJK<br><br>ORDER<br><br>(Docket Nos. 41, 43) |

　　　　Pending before the Court is Defendant Experian's motion to consolidate Rule 30(b)(6) depositions in five cases. Docket No. 41. That motion is hereby **DENIED** for the reasons discussed in the order issued concurrently herewith in *Ashcraft v. Welk Resort Group*, Case No. 2:16-cv-02978-JAD-NJK. The motion to shorten time (Docket No. 43) is **DENIED** as moot.

　　　　IT IS SO ORDERED.

　　　　DATED: May 1, 2017

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge