Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK; AND SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | Case No. 2:17-cv-00139-APG-NJK<br><br>**STIPULATION OF DISMISSAL OF FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK, PURSUANT TO FRCP 41(a)(2)**<br><br>**ORDER** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Flagstar Bancorp, Inc. d/b/a Flagstar Bank, from the above captioned action, with prejudice.

/ / /

- 1 -

Each party will bear its own fees and costs.

Dated: May 30, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Taylor A. Anello* |
| Matthew I. Knepper, Esq. | Cynthia Alexander, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 6718 |
| Miles N. Clark, Esq. | Taylor, Esq. A. Anello, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12881 |
| KNEPPER & CLARK LLC | DICKINSON WRIGHT PLLC |
| Email: matthew.knepper@knepperclark.com | 8363 W. Sunset Road, Suite 200 |
| Email: miles.clark@knepperclark.com | Las Vegas, NV 89113 |
| | Office: 702-382-1661 |
| David H. Krieger, Esq. | Email:calexander@dickinsonwright.com |
| Nevada Bar No. 9086 | Email: tanello@dickinsonwright.com |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | *Counsel for Defendant Flagstar Bancorp Inc.* |
| *Counsel for Plaintiff* | |
| /s/ *Jennifer L. Braster* | /s/ *Bradley T. Austin* |
| Jennifer L. Braster, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 9982 | Nevada Bar No. 13064 |
| NAYLOR & BRASTER | SNELL & WILMER LLP |
| 1050 Indigo Drive, Suite 200 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| Las Vegas, NV 89145 | Las Vegas, NV 89169 |
| Email: jbraster@naylorandbrasterlaw.com | Email: baustin@swlaw.com |
| *Counsel for Defendant Experian Information Solutions, Inc.* | *Counsel for Defendant Equifax Information Services LLC* |
| /s/ *Ramir M. Hernandez* | **SO ORDERED.** |
| Ramir M. Hernandez, Esq. | |
| BROOKS HUBLEY LLP | |
| 1645 Village Center Circle, Suite 60 | _____ |
| Las Vegas, NV 89134 | United States District Judge |
| Tel: 702.851.1191 | Dated: May 30, 2017. |
| Fax: 702.851.1198 | |
| rhernandez@brookshubley.com | |
| *Attorneys for Silver State Schools Credit Union* | |

- 2 -