**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Flagstar Bank, FSB,*
*a subsidiary of Flagstar Bancorp, Inc*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY ALEXANDER, | Case Number 2:17-cv-00139-APG-NJK |
| Plaintiff, | |
| vs. | **DEFENDANT FLAGSTAR BANK, FSB'S EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK; AND SILVER STATE SCHOOLS CREDIT UNION | |
| Defendants. | |

COMES NOW Defendant Flagstar Bank, FSB, a subsidiary of Flagstar Bancorp, Inc. ("Flagstar"), through undersigned counsel, the law firm of Dickinson Wright, PLLC, and hereby brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List. On May 30, 2017, Flagstar was dismissed from this matter [ECF. No. 52] and is no longer a party to this action.

/ / /



1

Therefore, it is no longer necessary for Cynthia L. Alexander, Esq., to receive further CM/ECF notices, and it is respectfully requested that Cynthia L. Alexander, Esq., and Taylor A. Anello, Esq. be removed from the CM/ECF service list.

DATED this 30 day of June 2017.

DICKINSON WRIGHT PLLC

*/s/ Cynthia L. Alexander, Esq.*
Cynthia L. Alexander
Nevada Bar No. 6718
Taylor Anello
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Defendant Flagstar Bank, FSB, a subsidiary of Flagstar Bancorp, Inc.*

**GRANTED**. The Clerk's Office is further **INSTRUCTED** to remove the *ex parte* designation from Docket No. 54.
.
IT IS SO ORDERED.
Dated: June 30, 2017

_____
United States Magistrate Judge



2