Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY ALEXANDER, | : |
| | : |
| Plaintiff, | : Case No. 2:17-cv-00139-APG-NJK |
| v. | : |
| | : |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK; AND SILVER STATE SCHOOLS CREDIT UNION, | : **STIPULATION OF DISMISSAL OF** **EQUIFAX INFORMATION SERVICES,** **LLC, PURSUANT TO FRCP 41(a)(2)** |
| | : **ORDER** |
| | : |
| Defendants. | : |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Equifax Information Services, LLC, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 25, 2017.

1      IT IS SO STIPULATED.

2      Dated: July 25, 2017

3      Respectfully submitted,

| /s/ *Miles N. Clark* | /s/ *Bradley T. Austin* |
|---|---|
| Matthew I. Knepper, Esq. | Bradley T. Austin, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 13064 |
| Miles N. Clark, Esq. | SNELL & WILMER LLP |
| Nevada Bar No. 13848 | 3883 Howard Hughes Pkwy., Ste. 1100 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89169 |
| Email: matthew.knepper@knepperclark.com | Email: baustin@swlaw.com |
| Email: miles.clark@knepperclark.com | |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Equifax Information Services LLC* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |
| /s/ *Jennifer L. Braster* | /s/ *Ramir M. Hernandez* |
| Jennifer L. Braster, Esq. | Ramir M. Hernandez, Esq. |
| Nevada Bar No. 9982 | BROOKS HUBLEY LLP |
| NAYLOR & BRASTER | 1645 Village Center Circle, Suite 60 |
| 1050 Indigo Drive, Suite 200 | Las Vegas, NV 89134 |
| Las Vegas, NV 89145 | Tel: 702.851.1191 |
| Email: jbraster@naylorandbrasterlaw.com | Fax: 702.851.1198 |
| | rhernandez@brookshubley.com |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | *Attorneys for Silver State Schools Credit Union* |

## ORDER

**IT IS SO ORDERED.**

_____

UNITED STATES DISTRICT COURT JUDGE

DATED this _____ day of _____ 2017.

- 2 -