# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-00139-APG-NJK<br><br>ORDER<br><br>(Docket No. 60) |

Pending before the Court is the motion to seal filed in relation to Plaintiff's motion to compel. Docket No. 60. The parties dispute whether the underlying information warrants secrecy. *Compare* Docket No. 60 *with* Docket No. 63. Concurrently herewith, the Court is denying without prejudice the underlying motion to compel. As the Court is not definitively resolving that underlying motion, the Court will **STRIKE** the materials currently filed under seal (Docket No. 59), and will **DENY** as moot the motion to seal.

IT IS SO ORDERED.

DATED: September 1, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge