Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>     Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK; and SILVER STATE SCHOOLS CREDIT UNION,<br><br>     Defendants. | Case No.: 2:17-cv-00139-APG-NJK<br><br><br>**STIPULATION OF DISMISSAL OF SILVER STATE SCHOOLS CREDIT UNION, PURSUANT TO FRCP 41(A)(I)(A)(ii)** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Silver State Schools Credit Union, from the above captioned action, with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

_____ 10/17/2017
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

Dated this 13th day of October, 2017.

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Michael R. Brooks* |
| Matthew I. Knepper, Esq. | Michael R. Brooks, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 7287 |
| Miles N. Clark, Esq. | KOLESAR & LEATHAM |
| Nevada Bar No. 13848 | 400 S. Rampart Boulevard, Suite 400 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89145 |
| Email: matthew.knepper@knepperclark.com | Email: mbrooks@klnevada.com |
| Email: miles.clark@knepperclark.com | |
| | *Attorneys for Silver State Schools* |
| David H. Krieger, Esq. | *Credit Union* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |
| /s/ *Jennifer L. Braster* | |
| Jennifer L. Braster, Esq. | |
| Nevada Bar No. 9982 | |
| NAYLOR & BRASTER | |
| 1050 Indigo Drive, Suite 200 | |
| Las Vegas, NV 89145 | |
| Email: jbraster@nblawnv.com | |
| | |
| *Counsel for Defendant* | |
| *Experian Information Solutions, Inc.* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this _____ day of _____ 2017.

Stipulation of Dismissal of Silver State Schools Credit Union, Pursuant to FRCP 41(A)(I)(A)(ii) - 2