UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-0139-APG-NJK<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>(ECF Nos. 77, 85) |

The plaintiff has filed two motions to seal exhibits he attached to his recent filings. ECF Nos. 77, 85. The defendants have not opposed the motions, and the motions are supported by good cause.

IT IS THEREFORE ORDERED that the plaintiff's motions to seal **(ECF Nos. 77, 85) are GRANTED.** The documents filed as ECF Nos. 79 and 84 shall remain sealed pending further order of the court.

DATED this 2 day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE