Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY ALEXANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FLAGSTAR BANCORP, INC. D/B/A FLAGSTAR BANK; and SILVER STATE SCHOOLS CREDIT UNION,<br><br>Defendants. | Case No.: 2:17-cv-00139-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION**<br><br>**[FIRST REQUEST]** |

Plaintiff Bobby Alexander ("Plaintiff"), by and through his counsel of record, and Defendant Experian Information Solutions, Inc. ("Experian") have agreed and stipulate to the following:

1. On June 15, 2018, the Court entered an Order Granting Experian's Motion for Summary Judgment and a Judgment. [ECF Dkt. 100 and ECF Dkt.101]

2. On July 2, 2018, Plaintiff filed a Motion for Reconsideration of the Order and Judgment. [ECF Dkt. 103]

3. On July 16, 2018, Experian filed their Response to Plaintiff's Motion for Reconsideration. [ECF Dkt. 104]

4. Plaintiff's Reply is due July 23, 2018.

5. Plaintiff and Experian have agreed to extend Plaintiff's time to file his Reply by two days. Plaintiff has requested an additional two days to prepare his reply brief because, despite the exercise of diligence, given Plaintiff's other professional obligations, he has not been able to complete the Reply. Experian is agreeable to this extension. As a result, both Plaintiff and Experian hereby request this Court to extend the date for Plaintiff to file his Reply in Support of Motion for Reconsideration until **July 25, 2018**.

IT IS SO STIPULATED.
July 23, 2018.

| /s/ *Miles N. Clark* | /s/ *Jennifer L. Braster* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiffs* | Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.*<br><br>**IT IS SO ORDERED.**<br>_____  7/24/2018<br>United States District Judge |